IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER M. RODLAND,
    Petitioner,
    v.
RANDALL BRITTON, SUPERINTENDENT,
S.C.I. HOUTZDALE,
    Respondent

Case No. 3:09-cv-78-KRG-KAP

## Memorandum Order

This matter has been referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on June 22, 2017, at ECF no. 96 recommending that petitioner's pleading at ECF no. 95 styled "Petition to Open Case/Expand the Record" be denied. The parties were given notice that pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to this Report and Recommendation. Petitioner filed timely objections at ECF no. 97, but in light of the record, including the pleadings subsequent to the objections, the objections are meritless.

After *de novo* review of the record of this matter, the recommendation of the Magistrate Judge, and the objections thereto, the "Petition to Open Case/Expand the Record," ECF no. 95, is denied. The parties shall continue to provide status reports as directed by the Magistrate Judge at ECF no. 73.

BY THE COURT:

DATE: March 27, 2018

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Christopher M. Rodland EN-0058
S.C.I. Benner
301 Institution Drive
Bellefonte, PA 16823